UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| CWC LA PROPERTIES, LLC d/b/a BIG BASS MARINA AND MEAT MARKET, LLC | : | C.A. NO. 5:24-cv-00073-SMH-MLH |
| | : | |
| VERSUS | : | Judge S. Maurice Hicks, Jr. |
| | : | |
| SCOTTSDALE INSURANCE COMPANY | : | Magistrate Judge Mark L. Hornsby |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, CWC LA PROPERTIES, LLC d/b/a BIG BASS MARINA AND MEAT MARKET, LLC, and Defendant, Scottsdale Insurance Company, and respectfully requests all claims in this case be dismissed in their entirety, with prejudice, with each party to bear its own costs.

1.

The parties have resolved all claims between them, leaving no further claims in this matter.

2.

Plaintiff and Defendant desire that the claims in this lawsuit be dismissed in their entirety, with prejudice, with each party to bear its own costs.

WHEREFORE, Plaintiff, CWC LA PROPERTIES, LLC d/b/a BIG BASS MARINA AND MEAT MARKET, LLC, and Defendant, Scottsdale Insurance Company, pray that all claims in this case be dismissed in their entirety, with prejudice, with each party to bear its own costs.

RESPECTFULLY SUBMITTED,

BY: */s/* Wesley A. Romero
David P. Bruchhaus (#24326)
Chad E. Mudd (#25188)
Matthew P. Keating (#30911)
M. Keith Prudhomme (#14336)
Wesley A. Romero (#33344)
Jamie C. Gary (#29203)
Lenzi C. Hebert (#38544)
**MUDD, BRUCHHAUS & KEATING, LLC**
422 E. College Street, Suite B
Lake Charles, LA   70605
Telephone: (337) 562-2327
Facsimile: (337) 562-2391
Email: dbruchhaus@mbklaw.net
 cmudd@mbklaw.net
 mkeating@mbklaw.net
 kprudhomme@mbklaw.net
 wromero@mbklaw.net
 jgary@mbklaw.net
 lhebert@mbklaw.net
*Counsel for CWC LA Properties, LLC d/b/a Big Bass Marina and Meat Market, LLC*

BY:    */s/* John P. Wolff, III
   JOHN P. WOLFF, III (#14504)
   JENNIFER R. DIETZ (#33804)
   SYDNEE D. MENOU (#35913)
   **KEOGH, COX & WILSON, LTD.**
   P. O. Box 1151
   Baton Rouge, LA 70821
   Telephone: (225) 383-3796
   Facsimile: (225) 343-9612
   Email: jwolff@keoghcox.com
      jdietz@keoghcox.com
      smenou@keoghcox.com
   *Counsel for Scottsdale Insurance Company*