UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | | |
|---|---|---|
| CWC LA PROPERTIES, LLC d/b/a BIG BASS MARINA AND MEAT MARKET, LLC: | : | C.A. NO. 5:24-cv-00073-SMH-MLH |
| | : | |
| VERSUS | : | Judge S. Maurice Hicks, Jr. |
| | : | |
| SCOTTSDALE INSURANCE COMPANY | : | Magistrate Judge Mark L. Hornsby |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

The foregoing Joint Motion to Dismiss with Prejudice having been considered:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion be GRANTED and that this lawsuit be DISMISSED in its entirety, with prejudice, with each party to bear its own costs.

Signed this  8th  day of _____January_____, 2025, at Shreveport, Louisiana.

_____
HON. S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA

1